CENTER FOR DISABILITY ACCESS
Ray Ballister, Jr., Esq., SBN 111282
Dennis Price, SBN 279082
Elliott Montgomery, Esq., SBN 279451
8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
elliottm@potterhandy.com
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Rafael Arroyo, Jr**., | **Case No**. 2:19-CV-05083-DSF-FFM |
| Plaintiff, | |
| v. | **JOINT REQUEST FOR CLARIFICATION** |
| **Souvenir B. Ngor**; **RJM Vallejo Mini Market, Inc.,** a California Corporation; and Does 1-10, | |
| Defendants. | |

WHEREAS; the parties participated in early mediation on October 17, 2019 with mediator James DeRoche;

WHEREAS; the parties filed a joint report regarding that mediation [Docket No. 31] on November 1, 2019;

THEREFORE; the parties seek clarification of the Honorable Judge Dale S. Fischer's order at Docket No. 38 regarding whether the parties have been ordered to attend a second mediation.

| | | |
|---|---|---|
| Dated: May 12, 2020 | | CENTER FOR DISABILITY ACCESS |
| | | By: /s/ Elliott Montgomery_____ |
| | | Elliott Montgomery, Esq. |
| | | Attorney for Plaintiff |
| Dated: March 16, 2020 | | LAW OFFICES OF ROBERT OLIVER |
| | | By: /s/ Robert Oliver_____ |
| | | Robert Oliver |
| | | Attorney for All Defendants |

## SIGNATURE ATTESTATION

Pursuant to Civil L.R 5-4.3.4(a)(2)(i), I hereby attest that all other signatories listed concur in this document's content and have authorized the execution of this document with the use of their electronic signature.

| | | |
|---|---|---|
| Dated: May 18, 2020 | | CENTER FOR DISABILITY ACCESS |
| | | By: /s/ Elliott Montgomery_____ |
| | | Elliott Montgomery, Esq. |
| | | Attorney for Plaintiff |